UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>v.<br><br>212883.834297 Tether ("USDT"),<br><br>　　　　Defendant *In Rem*. | CV23-02369-PHX-JFM<br><br>**DEFAULT JUDGMENT** |

　　　　On motion of plaintiff for judgment by default of the defendant 212883.834297 Tether ("USDT") (the "defendant property"), and the Court determining that there is no just reason for delaying entry of judgment against defendant property, and the Court finding that service of process has been duly made in accordance with law and that no party has claimed said defendant property or has pled, answered or otherwise appeared in these proceedings and are now in default, and the Court further finding that from an examination of the record, that the allegations contained in the verified Complaint are true;

　　　　IT IS ORDERED, ADJUDGED AND DECREED that the interests of Liang Jiner, Insung Hwang, Jeongsun Yun, Daniel Schmid, and all others in defendant property is forfeited to the United States of America in accordance with 18 U.S.C. § 981(a)(1)(C) and 8 U.S.C. § 1324(b)(1) and (2).

　　　　IT IS FURTHER ORDERED that the defendant property be disposed of according to law.

　　　　DATED this _____ day of _____, 2024